**SO ORDERED**



**WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   09–20878 – WIL    Chapter: 13

Peggy M Dolford
1209 Quo Street
Capitol Heights, MD 20743

### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
### AFTER FAILURE TO CONFIRM PLAN AND
### NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on August 26, 2009, confirmation of Debtor(s)' proposed Chapter 13 Plan was denied without leave to amend. Debtor(s) has/have not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED that, pursuant to 11 U.S.C. § 330(a), the Chapter 13 Trustee is allowed compensation in the sum of $100.00 for services rendered in this case prior to dismissal; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of **$0.00** and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Louis Fiechtner
      Chapter 13 Trustee – Nancy L Spencer Grigsby

**18.3F –** *vharper*

### End of Order